# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

February 24, 2025

By ECF and Email
The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Dwayne Pickett, 22-CR-486 (NRM)

Dear Judge Morrison:

    I write on behalf of Dwayne Pickett, and with the consent of the government, to request that Your Honor schedule a sentencing hearing. As the Court is aware, Mr. Pickett has been undergoing cancer treatment over the past several months; however, his treatment is scheduled to conclude by the end of March. As such, we ask that a sentencing date be set or, in the alternative, a status conference to discuss next steps.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Kyla Wells
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7403
*Counsel for Dwayne Pickett*

cc: all counsel of record (by ECF)